EARNEST R. ECKLEY, Plaintiff, v. THE PEOPLE OF THE STATE OF NEW YORK, VILLAGE OF MAMARONECK, Respondents; NEW YORK CITY AND WESTCHESTER RAILWAY COMPANY, Defendant; F. A. OTTMAN & SON, INC., Appellant.— Motion

for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis and Johnston, JJ.; Taylor, J., not voting.